FILED
JAMES J. VILT, JR. - CLERK

MAY - 6 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DONALD FRYER**
**JAMISON FRYER**

INDICTMENT

NO. 3:26-CR-53-CRS

18 U.S.C. § 2
18 U.S.C. § 471
18 U.S.C. § 472
18 U.S.C. § 492
18 U.S.C. § 982(a)(2)(B)
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Counterfeiting and Forging Obligations or Securities of the United States*)

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendants **DONALD FRYER** and **JAMISON FRYER**, aided and abetted by one another, with intent to defraud, did counterfeit, falsely make, forge, and alter, or any applicable combination of such, an obligation of the United States, that is, a falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Note, Series 2006, Serial Number HB66849462K.

In violation of Title 18, United States Code, Sections 2 and 471.

The Grand Jury further charges:

COUNT 2
(*Counterfeiting and Forging Obligations or Securities of the United States*)

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendants **DONALD FRYER** and **JAMISON FRYER**, aided and

abetted by one another, with intent to defraud, did counterfeit, falsely make, forge, and alter, or any applicable combination of such, an obligation of the United States, that is, a falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Note, Series 1988, Serial Number B63002969B.

In violation of Title 18, United States Code, Sections 2 and 471.

The Grand Jury further charges:

## COUNT 3
*(Counterfeiting and Forging Obligations or Securities of the United States)*

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendants **DONALD FRYER** and **JAMISON FRYER**, aided and abetted by one another, with intent to defraud, did counterfeit, falsely make, forge, and alter, or any applicable combination of such, an obligation of the United States, that is, a falsely made, forged and counterfeited fifty-dollar Federal Reserve Note, Series 2007, Serial Number PC42295534A.

In violation of Title 18, United States Code, Sections 2 and 471.

The Grand Jury further charges:

## COUNT 4
*(Passing or Uttering Counterfeit Obligations or Securities)*

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendant **DONALD FRYER**, with intent to defraud, did pass, utter,

2

publish, and sell to Kroger, a falsely made, forged and counterfeited obligation of the United States, that is, a one hundred dollar Federal Reserve Note, Series 2006, Serial Number HB66849462K, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

The Grand Jury further charges:

## COUNT 5
### (*Passing or Uttering Counterfeit Obligations or Securities*)

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendant **DONALD FRYER**, with intent to defraud, did pass, utter, publish, and sell to CVS, a falsely made, forged and counterfeited obligation of the United States, that is, a one hundred dollar Federal Reserve Note, Series 2006, Serial Number HB66849462K, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

The Grand Jury further charges:

## COUNT 6
### (*Attempt to Pass or Utter Counterfeit Obligations or Securities*)

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendants **DONALD FRYER** and **JAMISON FRYER**, aided and abetted by one another, with intent to defraud, did attempt to pass, utter, publish, and sell to Starbucks, a falsely made, forged and counterfeited obligation of the United States, that is, a one

hundred dollar Federal Reserve Note, Series 2006, Serial Number HB66849462K, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 2 and 472.

The Grand Jury further charges:

COUNT 7
(*Attempt to Pass or Utter Counterfeit Obligations or Securities*)

On or about February 26, 2026, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendant **JAMISON FRYER**, with intent to defraud, did attempt to pass, utter, publish, and sell to Kroger, a falsely made, forged and counterfeited obligation of the United States, that is, a one hundred dollar Federal Reserve Note, Series 2006, Serial Number HB66849462K, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

FORFEITURE NOTICE

As a result of committing offenses in violation of Title 18, United States Code, Sections 471 and 472, as charged in Counts 1-7 of this Indictment, the defendant shall forfeit to the United States any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of the offenses, and any and all of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Pursuant to Title 18, United States Code, Section 492, Title 18, United States Code, Section 982(a)(2)(B), and Title 28 United States Code, Section 2461.

A TRUE BILL.



Kyle Bumgarner

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:ASM:20260506:

UNITED STATES OF AMERICA v. **DONALD FRYER** and **JAMISON FRYER**

## PENALTIES

Counts 1-7:      NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987:</u>

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:              Clerk, U.S. District Court
                         106 Gene Snyder U.S. Courthouse
                         601 West Broadway
                         Louisville, KY  40202
                         502/625-3500

BOWLING GREEN:           Clerk, U.S. District Court
                         120 Federal Building
                         241 East Main Street
                         Bowling Green, KY  42101
                         270/393-2500

OWENSBORO:               Clerk, U.S. District Court
                         126 Federal Building
                         423 Frederica
                         Owensboro, KY  42301
                         270/689-4400

PADUCAH:                 Clerk, U.S. District Court
                         127 Federal Building
                         501 Broadway
                         Paducah, KY  42001
                         270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.